[Stamp: Rejected — U.S. BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION — MAY 20 2024 — FILED / RECEIVED]

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

[Stamp: U.S. BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION — AUG 27 2024 — TA]

In re:                                       Case No. 12-30081-EPK
                                             Chapter 7
CLSF III IV, Inc

_____ Debtor _____/

[Stamp: FILED / RECEIVED]

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, __HERVE KROKAERT / FREDERIQUE DEVILLERS__, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $ __6904,6__, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of __HERVE KROKAERT / FREDERIQUE DEVILLERS__. Applicant further states that:

1. (Indicate one of the following items:)

(Option 1)   ___ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

Option 2   ___ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the applicable Administrative Office of the US Court's Director's Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

___ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk"

[Notary seal: Notariaat Belge / Belgisch Notariaat]

under whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and an original "power of attorney" conforming to the applicable Administrative Office of the US Court's Director's Form are attached and made a part of this application.**

\_\_\_ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" **conforming to the applicable Administrative Office of the US Court's Director's Form** from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

\_\_\_ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" **conforming to the applicable Administrative Office of the US Court's Director's Form** from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

\_\_\_ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.



2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: 04.10.2024

HERVE KROKAERT / FREDERIQUE DEVILLERS
Name Under Which Funds Were Deposited

CLSF III IV claim 153  #156
Claim Number

Name of Party on Whose Behalf Application Was Filed*

Address: _____

**ETUDE NOTARIALE**

**Bernard DEWITTE et Astrid COMIJN**
Notaires associés - Geassocieerde notarissen
Avenue Franklin Rooseveltlaan, 208
1050 Bruxelles - 1050 Brussel

Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# _____

Tax ID (EIN #) _____

HERVE KROKAERT / FREDERIQUE DEVILLERS
Print Name and Title of Applicant

Print Company Name

RUE DRIES 17
1170 BRUXELLES    BELGIUM
Print Address

herve.krokaert@telenet.be
(Email Address)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

For the genuineness of the signature of M' Herve KROKAERT and M" Fredenque DEVILLERS associate Notary Bernard DEWITTE, in Brussels

Sworn to and Subscribed before me on this 10 day of April, 2024.

SIGNATURE OF NOTARY PUBLIC

[Seal] 

LF-27 (rev. 12/01/15)

Page 3 of 3

| | |
|---|---|
| **APOSTILLE** (Convention de La Haye du 5 octobre 1961) | |
| 1. Land/Pays/Land | ***BELGÏE - BELGIQUE - BELGIEN*** |
| 2. Deze openbare akte is ondertekend door : Le présent acte a été signé par : Diese öffentliche Urkunde ist unterschrieben von : | ***Dewitte Bernard*** |
| 3. Handelend in hoedanigheid van : Agissant en qualité de : In seiner/ihrer Eigenschaft als : | ***Notaris/Notaire/Notar*** |
| 4. Is voorzien van het zegel van : Est revêtu du sceau de : Sie ist versehen mit dem Siegel des/der : | ***Bernard Dewitte, Notaire*** |
| *Voor echt verklaard / Attesté / Bestätigt* | |
| 5. ***Te Brussel/A Bruxelles/In Brüssel*** | 6. Op/Le/Am : ***10/04/2024*** |
| 7. Door FOD Buitenlandse Zaken, Buitenlandse Handel en Ontwikkelingssamenwerking Par le SPF Affaires étrangères, Commerce extérieur et Coopération au Développement Durch FÖD Auswärtige Angelegenheiten, Außenhandel und Entwicklungszusammenarbeit | |
| 8. Onder Nr./Sous le n°/Unter Nr. : ***240447559624*** | |
| 9. Stempel/Sceau/Stempel:  | 10. Ondertekening/Signature/Unterschrift: Digitally signed by FPS Foreign Affairs Belgium |

Prijs/Prix/Preis: ***20.00*** EUR

| | | |
|---|---|---|
| Deze Apostille waarborgt de authenticiteit van de inhoud van het document niet. Cette Apostille ne garantit pas l'authenticité du contenu du document. Diese Apostille dient nicht dem Beweis des Authentizität des Inhalts des Dokuments. | |  |
| Ongeldige elektronische handtekening? Signature éléctronique invalide? Ungültige elektronische Unterschrift? elegalisation.diplomatie.be/help | Deze Apostille controleren? Vérifier cette Apostille? Diese Apostille überprüfen? legalweb.diplomatie.be | |

| | | | |
|---|---|---|---|
| 520 | Georgette J. Viaene<br>Langemeersstraat 2 bus 13<br>8500 Kortrijk<br>Belgium | $37,636.64 | $1,069.63 |
| 204 | Jozef Rene Ignace Vanden Avenne<br>Zuidkaai 12<br>8870 Izegem<br>Belgium | $567,963.61 | $16,141.51 |
| 74 | Robert M.W.H. Bedaux<br>Dr. Clemens Meulemanstraat 17-i<br>6418 PC Heerlen<br>The Netherlands | $253,761.57 | $7,211.90 |
| 156 | Herve Krokaert<br>Rue Dries 17<br>1170 Bruxelles<br>Belgium | $242,948.79 | $6,904.60 |
| 120 | Lambertus H.L. Vos<br>Apartado Correos 190<br>03590 Altea, Alicante<br>Spain | $158,861.91 | $4,514.85 |
| 320 | Marianna Zammichieli<br>Bloemstraat 18<br>2140 Borgerhout<br>Belgium | $24,878.50 | $707.05 |
| 858 | Catteeuw (inheritance J.F.D. Allegaert) J.B.<br>Aalbeeksesteenweg 59<br>8500 Kortrijk<br>BELGIUM | $59,907.39 | $1,702.57 |
| 630 | Camilla R. Delens<br>Langestraat 10 10<br>9420 Erpe-Mere<br>Belgium | $32,342.60 | $919.18 |
| 644 | Ceceile A.M. Van Hoestenberghe<br>Lettenburgstraat 8<br>8377 Zuienkerke<br>BELGIUM | $46,453.41 | $1,320.20 |