

**ORDERED in the Southern District of Florida on September 16, 2024.**

*Erik P. Kimball*
Erik P. Kimball
Chief United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                    Case No.  12-30081-EPK
CLSF III IV, Inc                          Chapter  7


_____Debtor_____/

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon application by  Miriam Birgitte Visch                                       on behalf of  Vish Johannes Hendrikus                                    and in accordance with the provisions of 28 U.S.C. §2042 and Local Rule 3011-1(D), it is

**ORDERED** that, the clerk is directed to disburse, after 14 calendar days from entry of this order, payment to  Miriam Birgitte Visch                                                and, if applicable, the "funds locator" or attorney submitting the application, n/a                                                                          , the sum of $ 8,039.19                    now held as unclaimed funds in the treasury for the original claimant  Vish Johannes Hendrikus                                                   .

If the applicant is a "funds locator" or attorney, the check for these funds shall issue

in the name of the party on whose behalf the funds are being claimed and the "funds locator" or attorney.

**###**

**Copies to:**
Funds Recipient(s)
Funds Locator or Attorney (if applicable)
Creditor (if applicable)