

**ORDERED in the Southern District of Florida on September 20, 2024.**

*Erik P. Kimball*
**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                             Case No. 12-30081-EPK
CLSF III IV, Inc.                                                Chapter 7

_____Debtor_____/

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application by Marie-Paule Yvonne A Vande Avenne on behalf of Marie-Paule Yvonne A Vande Avenne and in accordance with the provisions of 28 U.S.C. §2042 and Local Rule 3011-1(D), it is

**ORDERED** that, the clerk is directed to disburse, after 14 calendar days from entry of this order, payment to Marie-Paule Yvonne A Vande Avenne and, if applicable, the "funds locator" or attorney submitting the application, _____, the sum of $ 3,853.79 now held as unclaimed funds in the treasury for the original claimant Jozef Rene Ignace Vanden Avenne.

If the applicant is a "funds locator" or attorney, the check for these funds shall issue

in the name of the party on whose behalf the funds are being claimed and the "funds locator" or attorney.

**###**

**Copies to:**
Funds Recipient(s)
Funds Locator or Attorney (if applicable)
Creditor (if applicable)